Jahan C. Sagafi (SBN 224887)
jsagafi@outtengolden.com
Moira Heiges-Goepfert (SBN 326861)
mhg@outtengolden.com
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

Steven Elster (SBN 227545)
steve.elster.law@gmail.com
LAW OFFICE OF STEVEN ELSTER
785/E2 Oak Grove Road, No. 201
Concord, CA 94518
Telephone: (925) 324-2159

*ATTORNEYS FOR PLAINTIFF AND
PROPOSED CLASS MEMBERS*

MOLLIE M. BURKS  (SBN: 222112)
mburks@grsm.com
SAT SANG S. KHALSA (SBN: 256139)
skhalsa@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (510) 463-8668
Facsimile:  (415) 986-8054

Attorneys for Defendant
THE NEWTRON GROUP, LLC;
NEWTRON, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CLAYBORNE, an individual, on behalf of himself, all others similarly situated, and all other aggrieved employees,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHEVRON CORPORATION; NEWTRON, LLC; THE NEWTRON GROUP, LLC; and DOES 1-100, inclusive,<br><br>　　　　　　　　Defendants. | Case No.:  4:19-cv-07624-JSW<br><br>**JOINT STIPULATION TO EXTEND TIME FOR NEWTRON TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge:  Jeffrey S. White<br><br>Amended Complaint Filed:  November 14, 2019 |

-1-

JOINT STIPULATION TO EXTEND TIME FOR NEWTRON TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1   By and through their undersigned counsel of record, Plaintiff Shawn Clayborne and
2   Defendant The Newtron Group, LLC, and Newtron LLC, ("Newtron") hereby stipulate and
3   agree as follows:
4   WHEREAS, Plaintiff filed a Complaint on September 20, 2019 in the Contra Costa
5   County Superior Court and filed a First Amended Complaint on November 14, 2019 (the
6   "Action");
7   WHEREAS, Defendant Chevron Corporation ("Chevron") removed the Action to this
8   Court on November 19, 2019;
9   WHEREAS Plaintiff has filed a motion to remand the Action which is pending before
10  this Court;
11  WHEREAS the Parties have agreed to extend the time on Newtron's responsive pleading
12  to seven (7) days following the Court's Order on Plaintiff's motion to remand;
13  THEREFORE, IT IS STIPULATED AND AGREED THAT, by and between the
14  undersigned counsel, that Newtron will file its answer to the First Amended Complaint within
15  seven (7) days of the Court's Order on Plaintiff's motion to remand.

**IT IS SO STIPULATED.**

Dated:  January 28, 2020                OUTTEN & GOLDEN LLP


                                        By:  */s/ Jahan C Sagafi*
                                             Jahan C. Sagafi
                                             Attorneys for Plaintiff Shawn Clayborne


Dated:  January 28, 2020                GORDON REES SCULLY MANSUKHANI, LLP



                                        By:  */s/ Sat Sang S. Khalsa*
                                             Mollie M. Burks
                                             Sat Sang S. Khalsa
                                             Attorneys for Defendant
                                             THE NEWTRON GROUP, LLC

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**Attestation re Electronic Signatures**

I, Sat Sang S. Khalsa, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 28, 2020.          By:          */s/*
                                                Sat Sang S. Khalsa

# CERTIFICATE OF SERVICE

*Clayborne v. Chevron Corporation., et al.*
United States District Court, Northern District of California
Case No. CASE NO. 4:19-cv-07624-JSW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees Scully Mansukhani, 1111 Broadway, Suite 1700, Oakland, CA 94607. On the date set forth below, I served the within documents:

On January 28, 2020, I served the within document(s):

**JOINT STIPULATION TO EXTEND TIME FOR NEWTRON TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

[X] by electronically serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California the above is true and correct.

Executed on January 28, 2020, at Oakland, California.

_____
Eileen Spiers

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1197948/49703876v.1