ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Ronald W. Novotny        State Bar No. 100041
   RNovotny@aalrr.com
Kieran D. Hartley        State Bar No. 301947
   Kieran.Hartley@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone:  (562) 653-3200
Fax:  (562) 653-3333

Attorneys for Defendant
SPECIALTY WELDING AND TURNAROUNDS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHAWN CLAYBORNE, an individual, on behalf of himself, all others similarly situated, and all other aggrieved employees; DAVID POOL, an individual, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>CHEVRON U.S.A. INC., NEWTRON, LLC, PERFORMANCE MECHANICAL, INC., HARDER MECHANICAL CONTRACTORS, INC., CONSTRUCTION & TURNAROUND SERVICES, L.L.C., SPECIALTY WELDING AND TURNAROUNDS, LLC, and DOES 1-100, inclusive,<br><br>            Defendants. | Case No.  4:19-cv-07624-JSW<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Specialty Welding And Turnarounds, LLC, hereby declares that it is a wholly owned subsidiary of SWAT Acquisition Holdings, Inc., which is its sole member. No publicly held company owns 10% or more of the stock or SWAT Acquisition Holdings, Inc. A supplemental disclosure statement will be filed upon any change in the information provided in this Corporate Disclosure Statement.

Dated: February 11, 2021

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: /s/ *Ronald W. Novotny*
Ronald W. Novotny
Kieran D. Hartley
Attorneys for Defendant
SPECIALTY WELDING AND TURNAROUNDS, LLC