Jahan C. Sagafi (SBN 224887)
jsagafi@outtengolden.com
Moira Heiges-Goepfert (SBN 326861)
mhg@outtengolden.com
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

Steven Elster (SBN 227545)
steve.elster.law@gmail.com
LAW OFFICE OF STEVEN ELSTER
785/E2 Oak Grove Road, No. 201
Concord, CA 94518
Telephone: (925) 324-2159
*Attorneys for Plaintiffs and proposed Class Members*

CATHERINE A. CONWAY, SBN 98366
cconway@gibsondunn.com
MICHELE L. MARYOTT, SBN 191993
mmaryott@gibsondunn.com
MEGAN M. LAWSON, SBN 294397
mlawson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant CHEVRON U.S.A. INC.*

Mollie Burks (SBN: 222112)
mburks@grsm.com
Sat Sang S. Khalsa (SBN: 256130)
skhalsa@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (510) 463-8668
Facsimile: (415) 986-8054

*Attorneys for Defendant NEWTRON LLC*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CLAYBORNE, an individual, on behalf of himself, all others similarly situated, and all other aggrieved employees; DAVID POOL, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON U.S.A. INC., NEWTRON, LLC, PERFORMANCE MECHANICAL, INC., SPECIALTY WELDING AND TURNAROUNDS, LLC and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 4:19-cv-07624-JSW<br><br>**JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE STAY**<br><br>Action Filed:  November 14, 2019<br>Action Removed:  November 19, 2019 |

Pursuant to Civil Local Rule 7-12 and the Court's inherent power, Plaintiffs Shawn Clayborne and David Pool (collectively, "Plaintiffs") and Defendants Chevron U.S.A. Inc. ("Chevron"), Newtron LLC ("Newtron"), and Performance Mechanical, Inc. ("PMI") (collectively, "Defendants," and together with Plaintiffs, the "Parties") respectfully submit the following Joint Stipulation and Proposed Order to Continue the Stay of this Litigation.

## RECITALS

WHEREAS, on November 3, 2020, the Court referred this matter to the Honorable Joseph C. Spero, Chief Magistrate Judge, for an early settlement conference (ECF No. 60);

WHEREAS, between November 2020 and June 2021, the Parties participated in pre-settlement conferences before Judge Spero addressing, among other things, Plaintiffs' and Chevron's issuance of joint subpoenas to obtain third-party discovery regarding settlement issues (*see* ECF Nos. 62, 65, 108, 129);

WHEREAS, on July 27, 2021, the Parties participated in a settlement conference before Judge Spero (ECF No. 136);

WHEREAS, after granting extensions on April 1 and June 10, 2021 (ECF Nos. 107, 131), on December 13, 2021, the Court set the following class certification schedule (ECF No. 147):

| Rule 23 Deadline | Date |
|---|---|
| Expert Disclosures | March 11, 2022 |
| Expert Rebuttals | April 22, 2022 |
| Expert Discovery | May 6, 2022 |
| Plaintiffs' Motion | June 3, 2022 |
| Defendants' Opposition | July 1, 2022 |
| Plaintiffs' Reply | July 22, 2022 |
| Hearing | August 12, 2022 at 9:00 a.m. |

WHEREAS, on February 15, 2022, the Parties appeared before Judge Spero for a second settlement conference (ECF No. 158) at which they reached an agreement in principle to resolve the matter;

WHEREAS, during the February 15, 2022 settlement conference, the Parties further agreed to a thirty (30) day stay of discovery to focus their efforts on resolving the matter;

WHEREAS, on March 10, 2022, the Court adopted the Parties' Joint Stipulation and Proposed Order to Stay Litigation until March 31, 2022 (ECF No. 161);

WHEREAS, on March 24, 2022, the Parties again appeared before Judge Spero for a status conference to continue discussing the details of the proposed settlement, resulting in a further status conference being scheduled for April 6, 2022 (ECF No. 163);

WHEREAS, the Parties continue to make significant progress towards resolution, but need additional time to resolve remaining issues; and

WHEREAS, this matter is already stayed as to Defendant Specialty Welding and Turnarounds, LLC ("SWAT") pending settlement approval proceedings in a separate state court matter (*see* ECF Nos. 122, 139, 143) and therefore SWAT is not a party to this application;

## **STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their respective undersigned counsel that:

1. All formal discovery, discovery obligations and motion practice shall be stayed for the period March 31, 2022 to April 30, 2022, to enable the Parties to conserve resources and focus their efforts on finalizing and memorializing a proposed settlement; and

2. The Parties will submit an update to the Court on or before April 30, 2022 in which they will apprise the Court of the status of their settlement efforts and propose a timeline for either settlement approval or renewed litigation.

**IT IS SO STIPULATED.**

Dated:  March 31, 2022                OUTTEN & GOLDEN LLP

By:      /s/ *Jahan C. Sagafi*
                Jahan C. Sagafi

Attorneys for Plaintiffs and proposed Class Members

Dated: March 31, 2022  GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Catherine A. Conway*
Catherine A. Conway

Attorneys for Defendant CHEVRON U.S.A. INC.

Dated: March 31, 2022  GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Sat Sang S. Khalsa*
Sat Sang S. Khalsa

Attorneys for Defendant NEWTRON LLC

Dated: March 31, 2022  HOPKINS & CARLEY

By: /s/ *Karin M. Cogbill*
Karin M. Cogbill

Attorneys for Defendant PERFORMANCE MECHANICAL, INC.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 1, 2022

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE