ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Ronald W. Novotny        State Bar No. 100041
    RNovotny@aalrr.com
Joshua N. Lange          State Bar No. 269016
    Joshua.Lange@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone:  (562) 653-3200
Fax:  (562) 653-3333

Attorneys for Defendant
SPECIALTY WELDING AND TURNAROUNDS, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SHAWN CLAYBORNE, an individual, on behalf of himself, all others similarly situated, and all other aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON U.S.A. INC., NEWTRON, LLC, PERFORMANCE MECHANICAL, INC., SPECIALTY WELDING AND TURNAROUNDS, LLC, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  4:19-cv-07624-JSW<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO DEFENDANT SPECIALTY WELDING AND TURNAROUNDS, LLC** |

015982.0001242
194788.1

- 1 -

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE:  (562) 653-3200
FAX:  (562) 653-3333

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

1    WHEREAS, approval of the Final Judgment of the class action case of

2  *Marciela Limon v. Specialty Welding & Turnarounds, LLC*, Los Angeles Superior

3  Court Case No. 19STCV40208 ("*Limon*") has been granted by the *Limon* court; and

4    WHEREAS, no appeals of the *Limon* judgment have been filed; and

5    WHEREAS, the deadline for appeals of the *Limon* judgment has run; and

6    WHEREASE, the judgment in *Limon* is now final;

7    Plaintiffs Shawn Clayborne and David Pool, on the one hand, and Defendant

8  Specialty Welding and Turnarounds, LLC, on the other, by and through their

9  respective undersigned attorneys of record, do hereby stipulate and agree that

10 Plaintiffs' Third Amended Complaint against Defendant Specialty Welding and

11 Turnarounds, LLC dated March 19, 2021 is dismissed with prejudice pursuant to

12 F.R.C.P. 41(a)(1)(a)(ii), with each party to bear their own costs and attorneys' fees.

13

14                    Respectfully submitted,

15 Dated:  August 30, 2023      OUTTEN & GOLDEN LLP

16

17                    By: /s/ Jahan C. Sagafi

18                    Jahan C. Sagafi
                     Moira Heiges-Goepfert
                     *Attorneys for Plaintiffs*

19                    SHAWN CLAYBORNE and DAVID
                     POOL

20
   Dated:  August 30, 2023      LAW OFFICE OF STEVEN ELSTER
21

22

23                    By: /s/ Steven Stone Elster
                     Steven Stone Elster
                     *Attorneys for Plaintiffs*

24                    SHAWN CLAYBORNE and DAVID
                     POOL

25

26

27

28

015982.0001242
194788.1

- 2 -

CASE NO.  4:19-cv-07624-JSW
STIPULATION TO DISMISS ACTION WITH PREJUDICE

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

1    Dated:  August 17, 2023            ATKINSON, ANDELSON, LOYA, RUUD &
                                        ROMO
2

3

4            By:  /s/  Ronald W. Novotny
                  Ronald W. Novotny
5                 Joshua N. Lange
                  *Attorneys for Defendant*
6                 SPECIALTY WELDING AND
                  TURNAROUNDS, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

015982.0001242
194788.1

CASE NO.  4:19-cv-07624-JSW

STIPULATION TO DISMISS ACTION WITH PREJUDICE