UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CLAYBORNE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NEWTRON, LLC, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-07624-JSW<br><br>**ORDER APPROVING STIPULATION; GRANTING SETTLEMENT ADMINISTRATOR'S REQUEST FOR ADDITIONAL COMPENSATION**<br><br>Re: Dkt. No. 218 |

Now before the Court is the parties' stipulation to consider the request of Settlement Administrator JND Legal Administration ("JND") for additional costs related to the administration of the settlement in this case. (Dkt. No. 218, Stipulation.) The Court APPROVES the stipulation, and it HEREBY GRANTS JND's request.

The Court issued its Final Approval of the parties' settlement in September 2023 in reliance on JND's representation that settlement administration costs were not expected to exceed $90,000. (Dkt. No. 216, Final Approval, at 10:12-18.)

On June 4, 2024, Plaintiff's counsel alerted the Court that JND had "performed significantly more work and incurred more costs than anticipated because the data provided by Defendant and twenty-five third-party contractors to the Settlement Administrator were more voluminous, less consistently formatted, and less complete than anticipated." (Dkt. No. 217, Post-Distribution Accounting, at 2:22-3:1.)

JND received the final data sets from Defendant after the Court issued its Final Approval. (Dkt. No. 218-1, Cervarich Declaration, ¶ 7.) JND asserts that the standardization and data cleanup required by the data was not anticipated in its proposals, and that JND was required to provide an "atypical" level of manual review. (*Id.* ¶ 6.) As a result, JND's fees and expenses

more than doubled, to $181,577.08. (*Id.* ¶ 8.)

$153,583.12 remains in the Settlement Fund. (*Id.*) Distribution to Class Members has concluded. (*Id.*) JND requests additional compensation of $91,577.08 from the Settlement Fund, leaving $62,006.04 as residue to be awarded to the *cy pres* beneficiaries. The parties do not take a position on JND's request. (Stipulation, at 3:10-11.)

The Court finds JND's request well-supported by its declaration and reasonable in light of the quality of data provided to JND by Defendant. It therefore GRANTS the request to approve payment of an additional $91,577.08 to JND for settlement administration services.

**IT IS SO ORDERED.**

Dated: July 22, 2024

_____
JEFFREY S. WHITE
United States District Judge